In the Matter of the Petition to Set Aside the Election of Directors of the PARK

LAUNDRY COMPANY OF LONG ISLAND, INC. AGNES F. MURRAY, Appellant; PARK LAUNDRY COMPANY OF LONG ISLAND, INC., and Others, Respondents.— Order confirming election of directors and denying motion to set aside the election and declare it null and void, to restrain the persons purporting to act as directors from acting as such, and to direct a new election, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.